**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF CONNECTICUT**
**HARTFORD DIVISION**

| | | |
|---|---|---|
| In re | : | Chapter 11 |
| | : | |
| CLINTON NURSERIES, INC., | : | Case No. 17-31897(JJT) |
| CLINTON NURSERIES OF MARYLAND, INC., | : | Case No. 17-31898(JJT) |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | Case No. 17-31899(JJT) |
| TRIEM LLC, | : | Case No. 17-31900(JJT) |
| | : | (Jointly Administered Under |
| Debtors. | : | Case No. 17-31897(JJT)) |
| CLINTON NURSERIES, INC., | : | |
| CLINTON NURSERIES OF MARYLAND, INC., | : | |
| CLINTON NURSERIES OF FLORIDA, INC., and | : | |
| TRIEM LLC, | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Adv. Pro. No. 19-03014 |
| | : | |
| WILLIAM K. HARRINGTON, | : | |
| UNITED STATES TRUSTEE, REGION 2, | : | |
| | : | |
| Defendant. | : | |

**NOTICE OF APPEAL BY CLINTON NURSERIES, INC., CLINTON NURSERIES OF MARYLAND, INC., AND CLINTON NURSERIES OF FLORIDA, INC.**

Clinton Nurseries, Inc. ("CNI"), Clinton Nurseries of Maryland, Inc. ("CNM"), and Clinton Nurseries of Florida, Inc. ("CNF"), debtors and plaintiffs, appeal from the Ruling And Order Converting Contested Matter To Adversary Proceeding And Memorandum Of Decision Dismissing Adversary Proceeding For Failure To State A Claim Upon Which Relief Can Be Granted [Case No. 17-31897, Docket No. 835][1] (the "Order," a copy of which is attached hereto as **Exhibit A**), of the United States Bankruptcy Court for the District of Connecticut (the

---

[1] The Order, as defined above, provides that the Order is to be placed within the docket of Adv. Pro. No. 19-03014. The Order has not been placed within that docket, and has only been docketed within Case No. 17-31897. As the Order was docketed in Case No. 17-31897 on August 28, 2019, CNI, CNM and CNF file this notice of appeal on this date in both the Case No. 17-31897 and Adv. Pro No. 19-03014 dockets.

1

"Bankruptcy Court"). The Bankruptcy Court entered the Order on August 28, 2019. This appeal is taken to the District of Connecticut, subject to such other further motions as the appellants may file.

The names of all parties to the Order appealed from, and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Appellants: Clinton Nurseries, Inc., Clinton Nurseries of Maryland, Inc., and Clinton Nurseries of Florida, Inc.

> ERIC HENZY (Federal Bar No. ct12849)
> CHRISTOPHER H. BLAU (Federal Bar No. ct30120)
> ZEISLER & ZEISLER, P.C.
> 10 Middle Street, 15th Floor
> Bridgeport, CT 06605
> Tel. 203-368-4234 Fax 203-367-9678

Appellee: William K. Harrington, United States Trustee for Region 2

> RAMONA D. ELLIOTT, Deputy Director/General Counsel
> P. MATTHEW SUTKO, Associate General Counsel,
> ROBERT J. SCHNEIDER, JR., Trial Attorney
> Department of Justice
> Executive Office for United States Trustees
> 441 G Street, N.W., Suite 6150
> Washington, DC 20530
> Tel: (202) 307-1399 Fax: (202) 307-2397
>
> WILLIAM K. HARRINGTON, United States Trustee, Region 2
> KIM L. McCABE, Assistant United States Trustee
> Department of Justice
> Office of the United States Trustee
> Giaimo Federal Building
> 150 Court Street, Room 302
> New Haven, CT 06510
> Tel: (203) 773-2210 Fax: (203) 773-2217

Dated at Bridgeport, Connecticut this 11th day of September, 2019.

          CLINTON NURSERIES, INC.,
          CLINTON NURSERIES OF MARYLAND, INC.,
          and CLINTON NURSERIES OF FLORIDA, INC.,

          */s/ Eric Henzy*_____
          Eric Henzy (Federal Bar No. ct12849)
          Christopher H. Blau (Federal Bar No. ct30120)
          ZEISLER & ZEISLER, P.C.
          10 Middle Street, 15th Floor
          Bridgeport, CT 06605
          Tel. 203-368-4234
          Fax 203-367-9678
          Email: ehenzy@zeislaw.com
          Their Attorneys