UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**TRANSMITTAL FORM TO DISTRICT COURT REGARDING**
**APPEALS AND RELATED DOCUMENTS**

Debtor(s) Name: <u>Clinton Nurseries, Inc. and Clinton Nurseries of Maryland, Inc.</u>
Bankruptcy Case No. <u>17–31897</u>
Adversary Case Name: <u>Clinton Nurseries, Inc., Clinton Nurseries of Maryland, Inc., Clinton Nurseries of Florida, Inc., Triem LLC v. United States Trustee for Region 2 Harrington William , K.</u>
Adversary Case No. <u>19–03014</u>
Previous Civil No.
Previous Miscellaneous No.
Transmittal Document No.: <u>8</u>

**To the District Court:**

**Attached please find the following checked items:**

1. ☐ Motion for Leave to Appeal (only)
   If indicated below, the Notice of Appeal is attached:
   ☐ Notice of Appeal attached

2. ☒ Notice of Appeal (only)

3. ☐ Related documents as indicated below:
   ☐ Designation of items designated by the Appellant
   ☐ Designation of items designated by the Appellee
   ☐ Cross Appeal
   ☐ Amended Appeal
   ☐ Original Court Exhibits, via mail or hand delivery (indicate how many)
   ☐ Transcripts
   ☐ Other

4. Other applicable information:

   Filing Fee ☒ Paid ☐ Not Paid
   Appellant's name: <u>Clinton Nurseries, Inc., Clinton Nurseries of Maryland, Inc., and Clinton Nurseries of Florida, Inc.</u>
   Appellant's attorney: <u>Eric Henzy and Christopher H. Blau, Zeisler & Zeisler, P.C., 10 Middle Street, 15th Floor Bridgeport, CT 06605</u>
   Appellee's name: <u>William K. Harrington, United States Trustee for Region 2</u>
   Appellee's attorney: <u>Ramona D. Elliott, Deputy Director/General Counsel, P. Matthew Sutko, Associate General Counsel, Robert J. Schneider, Jr., Trial Attorney, Department of Justice, Executive Office for United States Trustees, 441 G Street, N.W., Suite 6150, Washington, DC 20530</u>
   Additional Interested Parties:

By <u>Emiliano Sierra</u>
  Deputy Clerk, U. S. Bankruptcy Court        Date: 9/11/19

UNITED STATES BANKRUPTCY COURT
DISTRICT OF CONNECTICUT

**ACKNOWLEDGEMENT OF RECEIPT OF TRANSMITTAL BY DISTRICT COURT**

Debtor(s) Name: Clinton Nurseries, Inc. and Clinton Nurseries of Maryland, Inc.
Bankruptcy Case No.: 17–31897
Adversary Case No.: 19–03014
Previous Civil No.:
Previous Miscellaneous No.:
Transmittal Document No.: 8
Transmittal dated: 9/11/19

**To the Bankruptcy Court:**

**The following number has been assigned:**

☒ Civil No. Assigned  3:19cv1428 (MPS)

☐ Miscellaneous No. Assigned _____

☒ I hereby acknowledge receipt of the items indicated on the Transmittal sheet referenced above.

☐ I hereby return the original item(s) indicated on the Transmittal sheet referenced above.

By  /s/ T. Nuzzi
    Deputy Clerk, U. S. District Court          Date: 9.12.2019



19-03014 Transmittal regarding Appeal and/or related documents (USDC)
CTBECF_Courtmail
to:
Courtmail
09/11/2019 04:33 PM
Hide Details
From: CTBECF_Courtmail@ctb.uscourts.gov
To: Courtmail@ctb.uscourts.gov

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30-page limit do not apply.**

## U.S. Bankruptcy Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Sierra, Emiliano entered on 9/11/2019 at 4:32 PM EDT and filed on 9/11/2019
**Case Name:**         Clinton Nurseries, Inc. et al v. Harrington William , K.
**Case Number:**       19-03014
**Document Number:** 8

**Docket Text:**
Transmittal of Notice of Appeal to U.S. District Court (RE:)[2] Ruling and Order Converting Contested Motion to Adversary Proceeding and Memorandum of Decision Dismissing Adversary Proceeding for Failure to State Claims Upon Which Relief Can Be Granted, [7] Notice of Appeal to District Court. (Sierra, Emiliano)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** P:\Sierra\19-3014 - AP Clinton Nurseries Appeal.pdf
**Electronic document Stamp:**
[STAMP bkecfStamp_ID=1018027260 [Date=9/11/2019] [FileNumber=13531577-

0] [b2d82d247d14735985c2c085112d512db28319fadd033b501f42642a11f5d9f455

1b31c9b7b9d3e70c5568a027b65c3eae1b0a58b695d2d497d9f6c0609cc2b2]]

**19-03014 Notice will be electronically mailed to:**

Eric A. Henzy on behalf of Plaintiff Clinton Nurseries of Florida, Inc.
ehenzy@zeislaw.com, kjoseph@zeislaw.com

Eric A. Henzy on behalf of Plaintiff Clinton Nurseries of Maryland, Inc.
ehenzy@zeislaw.com, kjoseph@zeislaw.com

Eric A. Henzy on behalf of Plaintiff Clinton Nurseries, Inc.
ehenzy@zeislaw.com, kjoseph@zeislaw.com

Eric A. Henzy on behalf of Plaintiff Triem LLC
ehenzy@zeislaw.com, kjoseph@zeislaw.com

Kim L. McCabe on behalf of Defendant United States Trustee for Region 2 Harrington William , K.
kim.mccabe@usdoj.gov

Robert J. Schneider, Jr. on behalf of Defendant United States Trustee for Region 2 Harrington William , K.
robert.j.schneider@usdoj.gov

**19-03014 Notice will not be electronically mailed to:**

Steven E. Mackey on behalf of Defendant United States Trustee for Region 2 Harrington William , K.
Office of the U.S. Trustee
The Giaimo Federal Building
150 Court Street, Room 302
New Haven, CT 06510